The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK CENTUORI<br><br>Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., d/b/a UPS,<br><br>Defendant. | No. 2:16-cv-00654-JLR<br><br>[PROPOSED] AGREED ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER<br><br>*Clerk's Action Required* |

This matter having come before the Honorable James L. Robart on the 18th day of January 2016, and the Plaintiff Mark Centuori being represented by Matthew N. Menzer and JohnDavid G. Toren of Menzer Law Firm, PLLC, and Defendant United Parcel Service, Inc. d/b/a UPS, being represented by David M. Poore of Preg O'Donnell & Gillett, PLLC,

NOW THEREFORE, having reviewed the files and records herein, the Court makes the following finding: good cause exists to grant the parties' Stipulated Motion to Amend the Scheduling Order.

**IT IS HEREBY ORDERED** that the Scheduling Order be amended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| All motions related to discovery must be filed by | January 20, 2017 | March 21, 2017 |

| Discovery completed by | February 21, 2017 | March 21, 2017 |
|---|---|---|
| All dispositive motions filed | March 21, 2017 | March 21, 2017 |
| Settlement Conference | April 20, 2017 | April 20, 2017 |
| All motions in limine must be filed by | May 8, 2017 | May 8, 2017 |
| Agreed pretrial order due | May 30, 2017 | May 30, 2017 |
| Deposition Designations | May 31, 2017 | May 31, 2017 |
| Pretrial Conference | June 5, 2017 | June 5, 2017 |
| Trial Briefs, proposed voir dire, jury instructions, | June 12, 2017 | June 12, 2017 |

The parties acknowledge that discovery and discovery motions close on the day dispositive motions are due. Extensions will not be granted on this basis.

DATED this 19th day of January, 2017.

By _____
Honorable James L. Robart,
United States District Judge

Presented by:

s/Matthew N. Menzer
Matthew N. Menzer
WSBA No. 21665
Menzer Law Firm, PLLC
705 Second Avenue, Suite 800
Seattle, Washington 98104
mnm@menzerlawfirm.com
(206) 903-1818
Attorneys for Plaintiff

ORDER GRANTING MOTION TO AMEND SCHEDULING
ORDER – Page 2

MENZER LAW FIRM, PLLC
705 Second Avenue, Suite 800
Seattle, Washington 98104
(206) 903-1818

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that on January 18, 2017, I caused delivery through the Clerk of the Court, using the CM/ECF system, a true and correct copy of the **Stipulated Motion to Amend the Scheduling Order** to:

David M. Poore – dpoore@pregodonnell.com
Eric P. Gillett – egillett@pregodonnell.com

Executed in Seattle, Washington on January __, 2017.

                                   s/Matthew N. Menzer
                                   Matthew N. Menzer
                                   WSBA No. 21665
                                   Menzer Law Firm, PLLC
                                   705 Second Avenue, Suite 800
                                   Seattle, Washington 98104
                                   mnm@menzerlawfirm.com
                                   (206) 903-1818

                                   Attorneys for Plaintiff