UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK CENTUORI,<br><br>          Plaintiff,<br>v.<br><br>UNITED PARCEL SERVICE INC.,<br><br>          Defendant. | CASE NO. C16-0654JLR<br><br>ORDER OF DISMISSAL |

The court having been notified of the settlement of this matter and it appearing that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

//
//
//
//

| | |
|---|---|
| 1 | In the event settlement is not perfected, any party may move to reopen the case, |
| 2 | provided such motion is filed within **60** days of the date of this order. Any trial date and |
| 3 | pretrial dates previously set are hereby VACATED. |
| 4 | Dated this 17th day of April, 2017. |

JAMES L. ROBART
United States District Judge